UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KRISTIE L. DAVIS and KARLA J. FUNNELL, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) CASE NO. 3:09CV 177 ) |
| BIMBO FOODS BAKERIES DISTRIBUTION, INC. f/k/a GEORGE WESTON BAKERIES DISTRIBUTION, INC., | ) ) ) ) ) |
| Defendant. | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

1. Plaintiffs, Kristie L. Davis ("Davis") and Karla J. Funnell ("Funnell") (together "Plaintiffs"), by counsel, bring this action against Defendant Bimbo Foods Bakeries Distribution, Inc. f/k/a George Weston Bakeries Distribution, Inc. ("Defendant") for violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et. seq.

### PARTIES

2. Defendant is a for-profit foreign corporation doing business in Indiana.

3. Davis is a resident of Indiana and worked as a Technician at Defendant's location in Elkhart, Indiana. She was employed by Defendant within the meaning of the FLSA within the three year period preceding the filing of this complaint.

4. Funnell is a resident of Indiana and worked as a Technician at Defendant's location in Elkhart, Indiana. She was employed by Defendant within the meaning of the FLSA within the three year period preceding the filing of this complaint.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1331 because this case raises questions under the Federal Fair Labor Standards Act, 29 U.S.C. §201, et seq.

6. Venue is proper in this district pursuant to 28 U.S.C. § 1391, because Defendant may be found in this district and the challenged conduct occurred in this state.

## COVERAGE

7. At all times hereinafter mentioned, Defendant has been an enterprise within the meaning of Section 3(r) of the FLSA, 29 U.S.C. § 203(r).

8. At all times hereinafter mentioned, Defendant has been an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Section 3(s)(1) of the FLSA, 29 U.S.C. § 203(s)(1), in that the enterprise has had employees engaged in commerce or in the production of goods for commerce, or employees handling, selling or otherwise working on goods or materials that have been moved in or produced for commerce by any person and in that the enterprise has had and has an annual gross volume of sales made or business done of not less than $500,000.

## FACTS

9. Defendant owns and operates a baked-goods company in Elkhart, Indiana.

10. Davis was employed by Defendant as a Technician on the Bread Wrap Line from approximately July 2007 to December 2008. During this time period, Davis was not paid for all overtime she worked because of Defendant's decision, policy, and/or practice regarding the following work activities: (1) requiring Davis to arrive one hour prior to the start of her scheduled shift to prepare the line for production but refusing to allow her to clock in until ten

minutes prior to the start other scheduled shift; (2) refusing to pay Davis for work performed after the end of her scheduled shift, including but not limited to, cleaning up the line after production; and (3) refusing to pay Davis when she was unable to take a thirty minute lunch break.

11.     Funnell was employed by Defendant as a Technician on the Bread Wrap Line from approximately June 2009 to January 2009. During this time period, Funnell was not paid for all overtime she worked because of Defendant's decision, policy, and/or practice regarding the following work activities: (1) requiring Funnell to arrive one hour prior to the start of her scheduled shift to prepare the line for production but refusing to allow her to clock in until ten minutes prior to the start other scheduled shift; (2) refusing to pay Funnell for work performed after the end of her scheduled shift, including but not limited to, cleaning up the line after production; and (3) refusing to pay Funnell when she was unable to take a thirty minute lunch break.

## VIOLATION OF FAIR LABOR STANDARDS ACT

12.     Plaintiffs hereby incorporate paragraphs 1 - 11 of this Complaint.

13.     The FLSA requires employers, such as Defendant, to compensate all non-exempt employees at a rate of not less than one and one-half times the regular rate of pay for all work performed in excess of forty hours per work week.

14.     Plaintiffs were non-exempt employees, as defined under the FLSA.

15.     Plaintiffs worked in excess of forty hours per week.

16.     Defendant failed to compensate Plaintiffs for all of their overtime hours.

17.     Defendant has failed to accurately record, report, and/or preserve records of hours

worked by Plaintiffs.

18. Defendant's actions were intentional, willful, and in reckless disregard of Plaintiffs' rights as protected by the FLSA, 29 U.S.C. §§201, et. seq., and 207, et. seq.

19. Plaintiffs have suffered injury as a result of Defendant's unlawful conduct.

### **REQUESTED RELIEF**

WHEREFORE, Plaintiffs, Kristie L. Davis and Karla J. Funnel, request that this Court find for them and grant the following relief:

a. An Order pursuant to Section 16(b) of the FLSA finding Defendant liable for unpaid back wages due to Plaintiffs and for liquidated damages equal in amount to the unpaid compensation found due to Plaintiffs;

b. An Order awarding Plaintiffs the costs of this action;

c. An Order awarding Plaintiffs their reasonable attorneys' fees;

d. An Order awarding Plaintiffs pre-judgment and post-judgment interest at the highest rates allowed by law; and

e. An Order granting such other and further relief as may be necessary and appropriate.

Respectfully submitted,

_____
Philip J. Gibbons, Jr. (#19353-49)

_____
Andrew G. Jones (#23020-49)

GIBBONS JONES, P.C.
Two Meridian Plaza
10401 North Meridian Street, Suite 300
Indianapolis, Indiana 46290
Telephone:   (317) 706-1100
Facsimile:   (317) 616-3336
E-Mail:      pgibbons@gibbonsjones.com
             ajones@gibbonsjones.com

**Attorneys for Plaintiff**

## DEMAND FOR JURY TRIAL

Plaintiffs, by counsel, demand a trial by jury on all issues deemed so triable.

Respectfully submitted,

_____
Philip J. Gibbons, Jr. (#19353-49)
Andrew G. Jones (#23020-49)

GIBBONS JONES, P.C.
Two Meridian Plaza
10401 North Meridian Street, Suite 300
Indianapolis, Indiana 46290
Telephone:   (317) 706-1100
Facsimile:   (317) 616-3336
E-Mail:      pgibbons@gibbonsjones.com
             ajones@gibbonsjones.com

**Attorneys for Plaintiff**